IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT CORALLUZZO,  :<br>Individually and As Administrator of  :<br>The Estate of Maria Coralluzzo, Deceased  :<br>  :<br>  v.  :<br>  :<br>DARDEN RESTAURANTS, INC. D/B/A  :<br>LONGHORN STEAKHOUSE, ET AL.  :  | CIVIL ACTION<br><br>NO. 13-6882 |

## O R D E R

**AND NOW**, this  6th  day of  August , 2015, upon consideration of Plaintiff's Motion to Remand this Action to State Court (ECF No. 4), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED**.  This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.  Each party shall bear their own costs.

The Clerk is directed to mark this matter **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**